# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**United States of America**

*Plaintiff*

v.  Case No.  **3:17-mj-00500(JGM)**

**Thomas M. Murtha**

*Defendant*

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Thomas M. Murtha**

Date: **Apr 13, 2017**

*Attorney's signature*

**Andrew B. Bowman**

*Printed name and bar number*

**1804 Post Road East, Westport, CT 06880**

*Address*

**andrew@andrewbowmanlaw.com**

*E-mail address*

**(203) 259-0599**

*Telephone number*

**(203) 255-2570**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Apr 13, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Attorney's signature*